AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GARY DANGELO CONEY | ) | Case No. 15-8642-WM (handwritten), ~~15-8462-WM~~ |
| | ) | |
| Defendant(s) | ) | |

FILED by ___ D.C.
DEC 0 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 2 and November 13, 2015  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Distribution of Controlled Substance - Heroin |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Sara Connors, Special Agent / ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: Dec. 8, 2015

_____
Judge's signature

City and state:  West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT
# OF
# SARA CONNORS
# SPECIAL AGENT
# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, SARA CONNORS, being duly sworn, do solemnly swear and depose that:

## Introduction

1. Your affiant is employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since 1999. Your affiant's responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). During your affiant's tenure with ATF, your affiant has personally participated in excess of 300 prior investigations of convicted felons in possession of firearms. I have also conducted over 100 narcotics-related investigations and am familiar with various controlled substances and the methods used for the illicit distribution of controlled substances.

2. Your affiant submits this affidavit in support of an arrest warrant for **Gary Dangelo CONEY.** Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, it does not contain all the information known regarding this investigation, but rather those facts necessary to establish probable cause to believe that CONEY possessed, with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of heroin, in violation of 21 U.S.C. 841(a)(1).

## Facts in Support of Probable Cause

3. On or about October 2, 2015, at approximately 5:00 p.m., a West Palm Beach Police Department ("WPBPD") narcotics agent, acting in an undercover capacity (hereinafter "UC") arrived in the 1000 block of State Street, in the City of West Palm Beach and made contact with two black males later identified as Gary Dangelo CONEY and "A.C." The UC was

equipped with audio and video recording capability. Due to technical difficulty with the recording equipment, the video portion of this UC meeting was not captured. It should be noted that your affiant and WPBPD Agent Goetz were conducting surveillance during this meet and observed CONEY and "A.C." at the location on State Street before the UC arrived.

4. The UC was approached by the two males (CONEY and A.C.) and the UC asked the two males about purchasing twenty dollars' worth of "RON," which was street terminology for heroin. A.C. then got onto a bicycle and rode to an unknown location and returned several minutes later. A.C. then gave the UC two brown capsules which were believed to contain heroin. In exchange, the UC gave CONEY $20.00 in United States currency. CONEY then provided the UC with his phone number of (\*\*\*) \*\*\*-1612. After which the UC went back to the police department. The two capsules were then weighed at approximately .3 grams and field tested positive for the presence of heroin

5. It should be noted that the sale occurred 889 feet from the Roosevelt Middle School, which has an address of 1220 15th Street, within the City of West Palm Beach. This distance was measured by a WPBPD agent using an Ultra Lyte Laser measuring device with serial number UX010102.

6. On November 13, 2015, at approximately 4:00 p.m., the UC arrived in the 1000 block of State Street in the City of West Palm Beach. The UC was equipped with audio and video recording device. CONEY approached the UC and the UC inquired about purchasing $100 dollars' worth of "Ron" which was street terminology for heroin. CONEY reached in the passenger side of the vehicle and gave the UC a plastic bag containing a brown powder substance. In exchange, the UC gave CONEY $100 in United States currency which was

2

investigative funds. The UC then drove away from the area and back to the police department. The brown powder substance tested positive for heroin and weighed approximately .5 grams.

7. It should be noted that the sale occurred 889 feet from the Roosevelt Middle School, located at 1220 15th Street, within the City of West Palm Beach. This distance was measured by a WPBPD agent using an Ultra Lyte Laser measuring device with serial number UX010102. Additionally, I reviewed the video recording produced by the UC during his/her interaction with CONEY on November 13, 2015. I compared that video footage to a photograph of CONEY from a prior booking photograph and was able to make a positive identification. I further recognized CONEY on the video as being the same individual I observed with A.C. on October 2, 2015, as described above.

8. Based upon the foregoing, your affiant believes probable cause exists that on October 2, 2015, and November 13, 2015, CONEY sold heroin in violation of 21 U.S.C. § 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
SARA CONNORS
SPECIAL AGENT, ATF

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___8___TH DAY OF DECEMBER,
2015, AT WEST PALM BEACH, FLORIDA,
SOUTHERN DISTRICT OF FLORIDA.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO. 15-~~8462~~-8642-WM

**Defendant's Name:** Gary Dangelo CONEY,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Distribution of Controlled Substance - Heroin | 21:841(a)(1) & (C) | 20 years<br>$1,000,000 fine<br>SR: At least 3 years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 15-8642-WM

UNITED STATES OF AMERICA

vs.

GARY DANGELO CONEY,

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711